# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE MERCIER,

      Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY, et al.,

      Defendants.

2:07-CV-00271 JCM (GWF)

Date: N/A
Time: N/A

## ORDER

Presently before the court is the findings and recommendations (#3) of United States Magistrate Judge Foley recommending that plaintiff's complaint be dismissed based on an indisputably meritless legal theory and frivolity. On March 8, 2007 plaintiff filed a complaint against defendant, Central Intelligence Agency (#2). On March 8, 2007, Magistrate Foley submitted his findings and recommendations to dismiss the complaint with prejudice (#3) under 18 U.S.C. § 1915(e), as legally "frivolous or malicious." 18 U.S.C. § 1915(e). No objections have been filed.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Foley's findings and recommendations (#3) be, and the same hereby are, AFFIRMED in their entirety. The clerk shall enter judgment accordingly.

DATED this 16th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**